| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 02-CR-1370-001-H |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR–06–00003 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Elmer CAMAGANACAN<br>210 Calamendo Lane<br>Dededo, Guam 96912 | | |
| | NAME OF SENTENCING JUDGE<br>Marilyn L. Huff | |
| | DATES OF SUPERVISED RELEASE | FROM 02/06/04 — TO 02/05/07 |

OFFENSE

21 U.S.C. §§ 952 and 960, Importation of Cocaine

FILED
DISTRICT COURT OF GUAM
JAN 0 6 2006
MARY L.M. MORAN
CLERK OF COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF GUAM upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

RECEIVED
DEC 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

12/13/05     /s/ Marilyn L. Huff
Date     Marilyn L. Huff, U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

1/5/06     /s/ Frances Tydingco-Gatewood
Effective Date     FRANCES TYDINGCO-GATEWOOD, Designated Judge

ldh/ldh

ORIGINAL