# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



**FILED**
DISTRICT COURT OF GUAM

JAN 2 3 2006 ᎧᎮ

**MARY L.M. MORAN
CLERK OF COURT**

W. Samuel Hamrick, Jr.
Clerk of Court

January 17, 2006

Clerk, U.S. District Court
District of Guam
4th Floor, US Courthouse
520 West Soledad Avenue
Hagatna , Guam 96910

**Transfer of Jurisdiction**

      Our Case #:    02cr1370-H
      Re:          Elmer Camaganacan

Dear Clerk of the Court:

      Enclosed please find the following documents:

            Certified copy of Transfer of Jurisdiction
            Certified copy of indictment
            Certified copy of Judgment
            Certified copy of docket sheet
            Certified copy of any OSC's

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

            Sincerely yours,

            W. Samuel Hamrick, Jr.
            Clerk of Court    **R. Rhone**

            By: _____
            R. Rhone, Deputy Clerk

PROB 22
(Rev 2/85)

**TRANSFER OF JURISDICTION**

FILED

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 02-CR-1370-001-H |
| | DOCKET NUMBER *(Rec. Court)* |
| | **CR-06-00003** |

NAME AND ADDRESS OF SUPERVISED RELEASEE

Elmer CAMAGANACAN
210 Calamendo Lane
Dededo, Guam 96912

JAN 03 2006
SO~ DISTRICT COURT
BY~ TRICT OF CALIFORNIA
DEPUTY
NAME OF SENTENCING JUDGE
Marilyn L. Huff

DIVISION

| DATES OF SUPERVISED RELEASE | FROM 02/06/04 | TO 02/05/07 |
|---|---|---|

OFFENSE

21 U.S.C. §§ 952 and 960, Importation of Cocaine

FILED
DISTRICT COURT OF GUAM
JAN 0 6 2006
MARY L.M. MORAN
CLERK OF COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF GUAM upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

RECEIVED
DEC 2 9 2005
DISTRICT COURT OF GUAM
HAGATNA GUAM

_12/3/05_____
Date

_Marilyn L. Huff_____
Marilyn L. Huff
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby attest and certify on _1/17/06_
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY~

_1/17/06_____
Effective Date

_Frances Tydingco-Gatewood_____
FRANCES TYDINGCO-GATEWOOD, Designated Judge
XXXXXXXXXXXXXXXXXXXX

Deputy

ldh/ldh

ORIGINAL

# United States District Court

DISTRICT OF GUAM
4ᵀᴴ FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

January 6, 2006

Ms. Roberta Westdal
Clerk of Court
Southern District of California
4290 Edward J. Schwartz
   Federal Building
880 Front Street
San Diego, California 92101-8900

**Re:** **Our Criminal Case No.  06-00003**
**Your Criminal Case No. 02-CR-1370-001-H** ✓
**USA vs Elmer Camaganacan**

Dear Ms. Westdal:

Our Court is in receipt of the PROB 22, Transfer of Jurisdiction and Order accepting the jurisdiction transfer for the above-entitled matter.  Forwarded herewith is a signed original Transfer and Jurisdiction and Order for your file.  Also, please forward certified copies of the complaint/information/indictment, plea agreement and judgment for the above-entitled matter. Thank you.

Sincerely,

*Marilyn B. Alcon*

Marilyn B. Alcon
Deputy Clerk

Enclosure

cc:    U.S. Attorney's Office, Guam          U.S. Probation Office, Guam

I hereby attest and certify on 4/17/06
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

FILED

02 MAY 22 PM 4: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2001 Grand Jury '02 CR 1370 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Cocaine; Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| ELMER CAMAGANACAN (1), MARTHA LOPEZ (2), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including May 12, 2002 and May 13, 2002 , within the Southern District of California, and elsewhere, defendants ELMER CAMAGANACAN and MARTHA LOPEZ did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury to distribute 5 kilograms and more, to wit: cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

//

DLK:nlv:San Diego
5/21/02

Count 2

On or about and between May 12, 2002 and May 13, 2002, within the Southern District of California, defendant ELMER CAMAGANACAN did knowingly and intentionally import 5 kilograms and more, to wit: approximately 19 kilograms (42 pounds), of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 3

On or about and between May 12, 2002 and May 13, 2002, within the Southern District of California, defendant ELMER CAMAGANACAN did knowingly and intentionally possess, with intent to distribute 5 kilograms and more, to wit: approximately 19 kilograms (42 pounds), of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 22, 2002.

A TRUE BILL:

_Deba Fischile-fault_
Foreperson

PATRICK K. O'TOOLE
United States Attorney

By: _David L. Katz_
DAVID L. KATZ
Assistant U.S. Attorney

2

# UNITED STATES DISTRICT COURT FILED

## SOUTHERN DISTRICT OF CALIFORNIA

2002 DEC -6 PM 4: 38

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Offenses Committed On or After November 1, 1987) |
| ELMER CAMAGANACAN (1) | CASE NUMBER: 02CR1370-H |

**JOHN FIELDING**
Defendant's Attorney

REGISTRATION NO. 82765-198

THE DEFENDANT:

X pleaded guilty to count(s) 2 of the Superseding Indictment.

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 952 and 960 | IMPORTATION OF COCAINE | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s) All remaining cts and underlying indictment are dismissed on the motion of the United States.

X Assessment : $ 100.00 forthwith or through the Inmate Financial Responsibility Program.

X Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 6, 2002
Date of Imposition of Sentence

**MARILYN L. HUFF**
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 1/17/04
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Entered Date: 12-9-02

43

DEFENDANT:     ELMER CAMAGANACAN
CASE NUMBER:   02CR1370-H

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY-FOUR MONTHS.**

X     The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant participate in the 500 hour treatment program. It is further recommended that the Bureau of Prisons designate the federal facility at Nellis, Nevada.

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐     at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2 p.m. on _____ .

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       **ELMER CAMAGANACAN**
CASE NUMBER:    **02CR1370-H**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE YEARS.**

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk

future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court . The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:        **ELMER CAMAGANACAN**
CASE NUMBER:      **02CR1370-H**

## SPECIAL CONDITIONS OF SUPERVISION

_X_  The defendant shall not possess any firearms or other dangerous weapons.

_X_  The defendant shall submit to search of person, property, residence, abode or vehicle conducted at a reasonable time and in a reasonable manner by the Probation Officer.

_X_  The defendant shall participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the Probation Department.

_X_  The defendant shall report all vehicles he owns, operates, or in which he has an interest, to the Probation Officer.

_X_  The defendant shall not enter the Republic of Mexico without the written permission of the Probation Office.

U.S. District Court
Southern District of California (San Diego)

CRIMINAL DOCKET FOR CASE #: 02-CR-1370-ALL

USA v. Camaganacan                                    Filed: 05/22/02

Other Dkt # 3:02-m -01071

Case Assigned to: Judge Marilyn L. Huff

ELMER CAMAGANACAN (1)                 George W Hunt
    defendant                          [term  09/05/02]
    [term  12/06/02]                  (619)239-3909
                                      [COR LD NTC cja]
                                      Law Office of George W Hunt
                                      4070 Goldfinch Street
                                      Suite A
                                      San Diego, CA 92101
                                      (619)239-9435

                                      John R Fielding, Jr
                                       [term  12/06/02]
                                      (619)233-0475
                                      [COR LD NTC ret]
                                      Law Offices of John R Fielding
                                      402 west Broadway
                                      Suite 1700
                                      San Diego, CA 92101
                                      (619)233-0467

Pending Counts:                           Disposition

21:952 and 960 - Importation      Count 2 of the superseding
of cocaine                         indictment; custody of the BOP
(2s)                               for a term of 24 months; supv
                                   release for a term of 3
                                   years' P/A $100; fine waived
                                   (2s)

Offense Level (opening): 4

Terminated Counts:                        Disposition

21:846 and 841(a)(1) -             govt's oral motion to dismiss
Conspiracy to Distribute           remaining counts and
Cocaine       (1)                  underlying indictment
                                   (1)

I hereby attest and certify on ___
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

Docket as of January 17, 2006 10:28 am                Page 1

Proceedings include all events.                    TERMED
3:02cr1370-ALL USA v. Camaganacan

                                                    SEALDC

21:846 and 841(a)(1) -            govt's oral motion to dismiss
Conspiracy to distribute         remaining counts and
cocaine        (1s)              underlying indictment granted
                                 (1s)

21:952, 960 - Importation of     govt's oral motion to dismiss
Cocaine                          remaining counts and
(2)                              underlying indictment granted
                                 (2)

21:841(a)(1) - Possession of     govt's oral motion to dismiss
Cocaine with intent to           remaining counts and
distribute                       underlying indictment granted
(3)                              (3)

21:841(a)(1) - Possession of     govt's oral motion to dismiss
cocaine with intent to           remaining counts and
distribute                       underlying indictment granted
(3s)                             (3s)


Offense Level (disposition): 4



Complaints:

    NONE

========================

Case 1:06-cr-00003    Document 2    Filed 01/23/2006    Page 11 of 22

Case Assigned to:  Judge Marilyn L. Huff

MARTHA LOPEZ (2)                    Federal Defenders
     defendant                       [term  01/06/03]
   [term  01/06/03]                 (619)687-2666
                                    [COR LD NTC pda]
                                    Federal Defenders of San Diego
                                    225 Broadway
                                    Suite 900
                                    San Diego, CA 92101-5008
                                    (619)234-8467


Pending Counts:                         Disposition

21:846 and 841(a)(1) -              Count 1s custody of the BOP for
Conspiracy to distribute           24 months; supv release for  a
cocaine       (1s)                 term of 3 years; P/A $100; fine
                                   waived                      (1s)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:846 and 841(a)(1) -              Govt's oral motion to dismiss
Conspiracy to Distribute           remaining counts and
Cocaine      (1)                   underlying indictment granted
                                   (1)


Offense Level (disposition): 4




Complaints:

   NONE


U. S. Attorneys:

  U S Attorney CR
  (619)557-5917
  [COR LD NTC]
  U S Attorneys Office Southern
  District of California
  Criminal Division
  880 Front Street
  Room 6293
  San Diego, CA 92101
  (619)557-5610

Case 1:06-cr-00003    Document 2    Filed 01/23/2006    Page 13 of 22

5/12/02   --      DEFENDANT Elmer Camaganacan arrested
                  [ 3:02-m -1071 ] (lwm) [Entry date 05/14/02]

5/13/02   1       COMPLAINT against defendant Elmer Camaganacan, defendant
                  Martha Lopez , signed by  Magistrate Judge Leo S. Papas
                  [ 3:02-m -1071 ] (pla) [Entry date 05/13/02]

5/13/02   --      DEFENDANT Martha Lopez arrested
                  [ 3:02-m -1071 ] (lwm) [Entry date 05/14/02]

5/13/02   2       Enter Order by Magistrate Judge Leo S. Papas:  Specially
                  appearing attorney Federal Defenders, Inc. for Martha
                  Lopez.  First appearance of Elmer Camaganacan on cmp,
                  Attorney George W Hunt appointed. First appearance of
                  Martha Lopez on cmp, Attorney Federal Defenders appointed.
                  Dft Elmer Camaganacan, Martha Lopez informed of charges.
                   USA oral motion for detention as to risk of flight as to
                  defendant Elmer Camaganacan, defendant Martha Lopez.
                  Preliminary exam set for 1:30 5/28/02 for Elmer
                  Camaganacan, for Martha Lopez before Mag Judge Larry Burns.
                  Detention hearing set for 9:30am 5/16/02 for Elmer
                  Camaganacan, for Martha Lopez Mag Judge Leo Papas. Court
                  Reporter: LSP02-1:1150-2706
                  [ 3:02-m -1071 ] (lwm) [Entry date 05/14/02]

5/13/02   3       Financial AFFIDAVIT by defendant Elmer Camaganacan
                  [ 3:02-m -1071 ] (elc) [Entry date 05/15/02]

5/13/02   4       Financail AFFIDAVIT by defendant Elmer Camaganacan
                  [ 3:02-m -1071 ] (elc) [Entry date 05/15/02]

5/16/02   5       Minutes: Enter Order by Magistrate Judge Leo S. Papas;
                  detention hearing cont to 8:30 5/20/02 for Elmer
                  Camaganacan before Mag Judge Leo Papas; defendant Martha
                  Lopez oral motion to dismiss complaint is denied without
                  prejudice; detention hearing held as to defendant Martha
                  Lopez; Ruling on USA oral motion for detention; motion
                  granted as to defendant Martha Lopez,detaining as to
                  Martha Lopez; order filed; Court Reporter: LSP02-1:435-536;
                  1227-2191
                  [ 3:02-m -1071 ] (tml) [Entry date 05/17/02]
                  [Edit date 05/17/02]

5/16/02   6       ORDER of Detention of Martha Lopez pending Trial by
                  Magistrate Judge Leo S. Papas
                  [ 3:02-m -1071 ] (elc) [Entry date 05/17/02]

5/17/02   9       Notice of Motion and Motion to Dist Court for review of
                  order by Mag Judge Papas  by Martha - Lopez [ 3:02-m -1071 ]
                  - MOTION WITHDRAWN BY DFT COUNSEL (DOC #11) (elc)
                  [Entry date 05/21/02] [Edit date 05/28/02]

Case 1:06-cr-00003    Document 2    Filed 01/23/2006    Page 14 of 22

5/20/02   7    Minutes: Enter Order by Magistrate Judge Leo S. Papas;
               detention hearing held; Ruling on USA oral motion for
               detention; motion denied as to defendant Elmer Camaganacan;
               Court sets bond at $250,000 P/S for Elmer Camaganacan;
               Court Reporter: LSP02-1:452-1276
               [ 3:02-m -1071 ] (tml) [Entry date 05/20/02]

5/20/02   8    ORDER by Magistrate Judge Leo S. Papas setting conditions
               of release for Elmer Camaganacan; travel restricted to the
               State of CA
               [ 3:02-m -1071 ] (elc) [Entry date 05/20/02]

5/22/02   10   INDICTMENT by USA.  Counts filed against Elmer Camaganacan
               (1) count(s) 1, 2, 3, Martha - Lopez (2) count(s) 1  .  Any
               XT1 excludable that extends beyond the indictment date is
               terminated at the point of indictment. (rxc)
               [Entry date 05/23/02]

5/24/02   11   Minutes: Enter Order by Judge Barry T. Moskowitz;  motion
               appealing order by Mag Judge Papas [9-1] entered 5/17/02
               withdrawn by dft counsel;  dft Martha Lopez arraigned; not
               guilty plea entered; Atty present;  motion hrg/trial
               setting cont to 2:00 7/8/02 for Martha  Lopez before Judge
               Barry Ted Moskowitz; Court Reporter: L. Pence (csg)
               [Entry date 05/28/02]

5/28/02   12   Minutes: Enter Order by Magistrate Judge Larry A. Burns;
               dft Elmer Camaganacan arraigned; not guilty plea entered;
               Atty present, motion hrg/trial setting set for 2:00
               7/8/02 for Elmer Camaganacan before Judge Marilyn Huff
               Court Reporter: LAB02-1:981-1355 (cag) [Entry date 05/29/02]

5/29/02   13   SUPERSEDING indictment filed as to Elmer Camaganacan (1)
               cnts 1s, 2s, 3s, Martha Lopez (2) cnt 1s (cag)
               [Entry date 05/29/02]

6/5/02    14   Minutes: Enter Order by Magistrate Judge Ruben B. Brooks;
               dft arraigned; not guilty plea entered; motion hrg/trial
               setting set for 2:00 7/8/02 before Judge Marilyn L. Huff.
               Court Reporter: RBB02-1:1690-1895 (cag)
               [Entry date 06/06/02]

6/19/02   15   Notice of Motions and Motions to compel discovery, to
               preserve evidence, to dismiss indictment, to suppress
               evidence and stmts under 4th amd, to suppress stmts under
               5th amd, for leave to file further motions by Martha
               Lopez; motion hrg set for 7/8/02 at 2:00 (cag)
               [Entry date 06/20/02]

6/19/02   16   MEMORANDUM by Martha Lopez in support of [15-1], of [15-2],
               of [15-3], of [15-4], of [15-5], of [15-6] (cag)
               [Entry date 06/20/02]

Case 1:06-cr-00003   Document 2   Filed 01/23/2006   Page 15 of 22

6/20/02  17  Notice of Motion and Motion for joinder in motion to
             compel discovery [15-1], motion to dismiss indictment
             [15-3] by Elmer Camaganacan; motion hrg set for 7/8/02 at
             2:00 (cag) [Entry date 06/21/02]

6/21/02  18  Acknowledgement of next court date by defendant Martha
             Lopez on 7/29/02 at 2:00pm for motion hearing. (jah)
             [Entry date 06/24/02]

6/28/02  19  RESPONSE and opposition by USA to motion to compel
             discovery [15-1], motion to preserve evidence [15-2],
             motion to dismiss indictment [15-3], motion to suppress
             evidence and stmts under 4th amd [15-4], motion to suppress
             stmts under 5th amd [15-5], motion for leave to file
             further motions [15-6] (cag) [Entry date 07/01/02]

6/28/02  19  Motion for reciprocal discovery by USA as to Elmer
             Camaganacan, Martha Lopez; motion hrg set for 7/8/02 at
             2:00 (cag) [Entry date 07/01/02]

7/2/02   20  STIPULATION and order by Judge Irma E. Gonzalez for Judge
             Marilyn L. Huff as to dft Martha Lopez; motion hrg/trial
             setting cont to 2:00 7/29/02 for Martha Lopez before Judge
             Marilyn Huff (cag) [Entry date 07/02/02]

7/15/02  21  Notice of Motion and Motion by Martha Lopez to dismiss
             indictment; motion hrg set for 7/29/02 at 2:00 (cag)
             [Entry date 07/16/02]

7/15/02  22  MEMORANDUM by Martha Lopez in support of [21-1] (cag)
             [Entry date 07/16/02]

7/29/02  23  Minutes: Enter Order by Judge Marilyn L. Huff; motion
             hrg/evidentiary hrg/trial setting cont to 10:00 7/31/02 for
             Elmer Camaganacan, for Martha Lopez before Judge Marilyn
             Huff Court Reporter: Nancy Cablay (cag)
             [Entry date 07/30/02]

7/31/02  24  Minutes: Enter Order by Judge Marilyn L. Huff; motion hrg
             held, witnesses sworn, exhs marked/received, finding the
             motion to compel discovery [15-1] moot, motion to dismiss
             indictment [15-3] is submitted, denying motion to suppress
             evidence and stmts under 4th amd [15-4], denying motion to
             suppress stmts under 5th amd [15-5], motion to dismiss
             indictment [21-1] is submitted; Motion in limine hearing
             set for 9:00 9/23/02 for Elmer Camaganacan, for Martha
             Lopez before Judge Marilyn Huff; jury trial set for 9:00
             9/24/02 for Elmer Camaganacan, for Martha Lopez before
             Judge Marilyn Huff, motions due 9/9/02, oppositions due
             9/16/02, t/w witness list, exh list. Court Reporter: Nancy
             Cablay (cag) [Entry date 08/01/02]

7/31/02  25  RESPONSE and opposition by USA to motion to dismiss
             indictment [21-1] (cag) [Entry date 08/01/02]

Case 1:06-cr-00003   Document 2   Filed 01/23/2006   Page 16 of 22

Proceedings include all events.                    TERMED
3:02cr1370-ALL USA v. Camaganacan

                                                    SEALDC

| 9/5/02 | 26 | ORDER by Judge Marilyn L. Huff; relieving atty George W Hunt for Elmer Camaganacan and substituting atty John R Fielding JR (cag) [Entry date 09/05/02] |

9/5/02    26    ORDER by Judge Marilyn L. Huff; relieving atty George W
                Hunt for Elmer Camaganacan and substituting atty John R
                Fielding JR (cag) [Entry date 09/05/02]

9/6/02    --    TRANSCRIPT of motion hrg/trl setting on 7/31/02 before
                Judge Huff (cag) [Entry date 09/09/02]

9/16/02   27    Minutes: Enter Order by Judge Marilyn L. Huff; disposition
                hearing cont to 1:30 9/20/02 for Martha Lopez before Judge
                Marilyn Huff, will be vacated if dispos before Mag Judge.
                Court Reporter: Nancy Cablay (cag) [Entry date 09/17/02]

9/17/02   28    CONSENT to plea before Magistrate Judge Leo S. Papas by
                Elmer Camaganacan (kaj) [Entry date 09/17/02]

9/17/02   29    FINDINGS and Recommendation  by Magistrate Judge Leo S.
                Papas as to defendant Elmer Camaganacan: Recommending that
                the dist judge accept the dft's plea of guilty. Obj must be
                filed w/in 14 days of the date of this order. PO report and
                sentencing set for 12/09/02 at 9:00 before Judge Huff (kaj)
                [Entry date 09/17/02]

9/17/02   30    Minutes: Enter Order by Magistrate Judge Leo S. Papas; dft
                Elmer Camaganacan arraigned on superceding Indictment;
                guilty to cnt 2 plea entered; govt exh 1 marked and
                returned; Atty  present;  PO report and sentencing set
                for 9:00 12/9/02 for Elmer Camaganacan before Judge Marilyn
                Huff;   pending motions and dates vacated as to dft Elmer
                Camaganacan; pretrial motions, XE from 6/20/02 to 09/17/02
                as to Elmer Camaganacan,  cont - tendered a guilty plea,
                XT1 from 09/17/02 to 12/09/02 as to Elmer Camaganacan;
                Court Reporter: LSP02-1:10-1071 (kaj) [Entry date 09/18/02]

9/19/02   31    CONSENT to plea before  Magistrate Judge Leo S. Papas by
                Martha Lopez (kaj) [Entry date 09/19/02]

9/19/02   32    FINDINGS and Recommendation by Magistrate Judge Leo S.
                Papas as to defendant Martha Lope: Recommending that the
                dist judge accept the dft's plea of guilty. Obj must be
                filed w/in 14 days of the date of this order. Accept
                plea/PO report and sent set for 12/09/02 at 9:00 before
                Judge Huff (kaj) [Entry date 09/19/02]

Case 1:06-cr-00003   Document 2   Filed 01/23/2006   Page 17 of 22

9/19/02  33     Minutes: Enter Order by Magistrate Judge Leo S. Papas; dft
                Martha Lopez arraigned on the superceding Indictment;
                guilty to cnt 1 plea entered; govt exh two marked and
                returned; referred to probation for presentencing report;
                all pending motions withdrawn;    all pending dates
                vacated;   accept plea/PO rpt & sent set for 9:00 12/9/02
                for Martha - Lopez beffore Judge Marilyn Huff;   pretrial
                motions, XE from 6/19/02 to 9/19/02 as to Martha - Lopez,
                 proposed plea agreement, X7 from 9/19/02 to 12/09/02 as
                to Martha - Lopez,   cont - tendered a guilty plea, XT1
                from 9/19/02 to 12/9/02 as to Martha - Lopez; Court
                Reporter: LSP02-1:285-2032 (kaj) [Entry date 09/19/02]

10/10/02 --     TRANSCRIPT of dispo hrg on 9/19/02 before Mag Judge Papas
                (cag) [Entry date 10/10/02]

10/16/02 --     TRANSCRIPT of dispo hrg on 9/17/02 before Mag Judge Papas
                (cag) [Entry date 10/16/02]

11/8/02  34     OBJECTIONS by defendant Martha - Lopez to PSR. (ksr)
                [Entry date 11/12/02]

11/19/02 35     NOTICE of hearing;accept plea/PO rpt & sent vacated and
                reset for 9:00 1/6/03 for Elmer Camaganacan, for Martha -
                Lopez before Judge Marilyn Huff (ksr) [Entry date 11/19/02]

11/21/02 36     NOTICE of hearing; accept plea/PO rpt & sent reset for
                10:00 12/6/02 for Elmer Camaganacan before Judge Marilyn
                Huff (ksr) [Entry date 11/22/02]

12/2/02  37     SENTENCING memorandum  re defendant Elmer Camaganacan (ksr)
                [Entry date 12/03/02]

12/4/02  38     Application and ORDER by Judge Marilyn L. Huff as to
                defendant Elmer Camaganacan; the time for filing dft's
                sentencing memo be shortened to 12/2/02. (ksr)
                [Entry date 12/04/02] [Edit date 12/04/02]

12/6/02  41     Minutes: Enter Order by Judge Marilyn L. Huff; court
                accepts plea of guilty tendered before the Mag Judge;
                Elmer Camaganacan (1) count(s) 2s enters guilty plea,
                sentencing  Elmer Camaganacan (1) count(s) 2s. Count 2 of
                the superseding indictment; custody of the BOP for a term
                of 24 months; supv release for a term of 3 years' P/A $100;
                fine waived; ,  Dismissing counts as to Elmer Camaganacan
                (1) count(s) 1s, 1 , 2 , 3s , 3 .  govt's oral motion to
                dismiss remaining counts and underlying indictment
                granted, terminating party Elmer Camaganacan; Court
                Reporter: Nancy Cablay (ksr) [Entry date 12/09/02]

12/6/02  42     SENTENCING ltr re defendant Elmer Camaganacan (ksr)
                [Entry date 12/09/02]

Case 1:06-cr-00003   Document 2   Filed 01/23/2006   Page 18 of 22

12/6/02   43   JUDGMENT and Commitment issued to U.S. Marshal for Elmer
               Camaganacan   by Judge Marilyn L. Huff (ksr)
               [Entry date 12/09/02] [Edit date 12/12/02]

12/17/02  45   SENTENCING MOTION by defendant Martha Lopez : for downward
               departure   motion hrg set for 1/6/03 at 9:00 (ksr)
               [Entry date 12/18/02]

12/31/02  46   SENTENCING DOCUMENT by USA: sentencing memo (ksr)
               [Entry date 01/02/03]

1/6/03    47   Minutes: Enter Order by Judge Marilyn L. Huff; court
               accepts guilty plea tendered before Mag Judge;  Martha
               Lopez (2) count(s) 1s enters guilty plea;,  sentencing
               Martha Lopez (2) count(s) 1s.  Count 1s custody of the BOP
               for 24 months; supv release for a term of 3 years; P/A $100;
                fine waived   ; Terminating defendant Martha Lopez,
               Dismissing counts as to Martha Lopez (2) count(s) 1.
               Govt's oral motion to dismiss remaining counts and
               underlying indictment granted; all pending motions moot;
               X7 proposed plea agreement from 12/9/02 to 1/6/03 as to
               Martha Lopez,  case terminated ;  Court Reporter: Nancy
               Cablay (ksr) [Entry date 01/06/03]

1/7/03    48   JUDGMENT and Commitment issued to U.S. Marshal for Martha
               Lopez   by Judge Marilyn L. Huff (ksr) [Entry date 01/07/03]

2/25/03   49   JUDGMENT and Commitment returned executed  1/24/03 Elmer
               Camaganacan (1) count(s) 2s (ksr) [Entry date 02/25/03]

6/10/03   50   CORRECTED JUDGMENT and Commitment issued to U.S. Marshal
               for Martha Lopez   by Judge Marilyn L. Huff (ksr)
               [Entry date 06/10/03]

12/7/05   51   USPO Request for Modifying the Conditions or Term of
               Supervision and Order thereon  by Judge Marilyn L. Huff as
               to Elmer Camaganacan; the dft shall refrain from any
               unlawful use of a controlled substance. The dft shall
               submit to one drug test within 15 days from imprisonment
               and at least two periodic drug tests thereafter, not to
               exceed eight tests per month, as directed by the probation
               officer; Transfer Jurisdiction to the District of Guam;
               Have Guam monitor as agreed (r1r) [Entry date 12/07/05]

1/17/06   52   Transfer of Jurisdiction of Probationer/Supervised Releasee
               Elmer Camaganacan to the District of Guam by Judge Marilyn
               L. Huff; (transfer package prepared) (r1r)
               [Entry date 01/17/06]

Case 1:06-cr-00003   Document 2   Filed 01/23/2006   Page 19 of 22

November 23, 2005

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

05 DEC -7 AM 8: 39

### Request for Modifying the Conditions or Term of Supervision

DEPUTY

**Name of Offender:** Elmer  CAMAGANACAN (English)      **Dkt No.:** 02-CR-1370-001-H

**Reg. No.:** 82765-198

**Name of Sentencing Judicial Officer:** The Honorable Marilyn L. Huff, U.S. District Judge

**Date of Sentence:** December 6, 2002

**Original Offense:** 21 U.S.C. §§ 952 and 960, Importation of Cocaine, a Class A felony.

**Sentence:** 24 months custody; 3 years supervised release *(Special Conditions: No firearms; search; participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the Probation Department; report all vehicles; not enter the Republic of Mexico without written permission of the Probation Office.)* $100 special assessment.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** February 6, 2004

**Asst. U.S. Atty.:** David W. Mitchell      **Defense Counsel:** John R. Fielding, Jr.  (Appointed)
(619) 233-0467

**Prior Violation History:**  None.

---

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer;

Transfer Jurisdiction to the District of Guam

I hereby attest and certify on 1/7/06
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy

## CAUSE

Mr. Camaganacan was released from custody on February 6, 2004, and commenced his three-year term of supervised release in the Southern District of California.

On April 7, 2004, the probation office notified the U.S. Probation Office in the Northern District of California, that Mr. Camaganacan had accepted a job in their district. On May 12, 2004, the Northern District of California accepted supervision of the subject's case.

On December 8, 2004, and February 18, 2005, Mr. Camaganacan tested positive for methamphetamine. As a consequence of the offender's drug use, he was referred to the Pathway Society residential program for six months. On August 15, 2005, the subject successfully completed the program as instructed. Mr. Camaganacan feels he can only improve through having more family support and live in a more positive environment. As such, after completing the residential drug program, Mr. Camaganacan relocated to his parent's residence in Dededo, Guam.

On October 20, 2005, supervision of Mr. Camaganacan's case was accepted in the District of Guam and that probation officer has requested transfer of jurisdiction to their district in order to effectively supervise Mr. Camaganacan, since he will be residing in their district throughout his term of supervision. Therefore, it is respectfully requested that Your Honor transfer jurisdiction of this case to the District of Guam. Should Your Honor agree, enclosed are the Transfer of Jurisdiction forms on the above-referenced individual.

Additionally, the probation officer related that since methamphetamine is the subject's drug of choice and has a normal detection period of four days or less, they are recommending that the maximum number of tests the Court order per month be set at eight. This will allow for adequate time intervals between tests which will help facilitate the detection use. Therefore, it is recommended that the mandatory condition be modified as follows: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer. Mr. Camaganacan has agreed to a Waiver of Hearing to Modify Conditions of Supervised Release as evidenced by his signature on the attached Probation Form 49.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** <u>November 23, 2005</u>

Respectfully submitted:

Reviewed and approved:

by _____
Larry Huerta
U.S. Probation Officer
(619) 409-5107

_Barbara Logan_ (signature)
Barbara Logan
Supervising U.S. Probation Officer

Attachments: Form 49; Prob. Form 22 (2); J&C; PSR

---

## THE COURT ORDERS:

_X_ Agree, transfer of jurisdiction of Elmer Camaganacan's case to the District of Guam.

_____ Agree, modify the conditions of supervise release as noted above

_X_ Other _Have Guam monitor as agreed._

_____
The Honorable Marilyn L. Huff
U.S. District Judge

_11/29/05_
Date

ldh/ldh